UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMEAKA L. ELLIS,<br>　　　　Petitioner,<br>　　v.<br>BRIAN KOEHN,<br>　　　　Respondent. | Case No. 14-cv-05579-JCS (PR)<br><br>**ORDER REISSUING ORDER TO SHOW CAUSE** |

　　The Clerk shall re-serve a copy of the order to show cause (Docket No. 8), the petition and all attachments thereto, and a Magistrate Judge jurisdiction consent or declination consent form on respondent and on respondent's counsel, the Attorney General for the State of California. The Clerk shall also serve a copy of this order on petitioner.

　　The Clerk shall amend the docket to reflect that Brian Koehn, warden of the prison in which petitioner is housed, is the respondent.

　　**IT IS SO ORDERED.**

Dated: November 23, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMEAKA L. ELLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KOEHEN,<br><br>　　　　Defendant. | Case No. 14-cv-05579-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demeaka L. Ellis ID: AL4772
Florence Correctional Center
1100 Bowling Road
P.O. Box 6900
Florence, AZ 85132


Dated: November 23, 2015


　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: *Karen L. Hom*
　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO

2